UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

JAMIE O'NEAL,

        Defendants.

                                 /

NO. CIV. S-07-2633 FCD/KJM

<u>REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM</u>

----oo0oo----

     Pursuant to the stipulation of the parties filed, January 24, 2008 and Local Rule 16-271, this case is referred to the Voluntary Dispute Resolution Program.

DATED: January 29, 2008

                                              /s/ Frank C. Damrell, Jr.

                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE